UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

In re: §
§
Nami Jones § Case No. 12-16004
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/28/2012. The undersigned trustee was appointed on 03/28/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 15,783.28 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,542.77 |
| Bank service fees | | 776.61 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 13,463.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/15/2013 and the deadline for filing governmental claims was 09/24/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,284.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,284.25 , for a total compensation of $ 1,284.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 99.03 , for total expenses of $ 99.03 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2017     By:/s/John C. Smiley
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-16004 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | John C. Smiley |
|---|---|---|---|---|---|---|
| Case Name: | Nami Jones | | | | Date Filed (f) or Converted (c): | 03/28/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/01/2012 |
| For Period Ending: | 09/28/2017 | | | | Claims Bar Date: | 10/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of the West xxx6967 Checking Account | 80.00 | 0.00 | | 0.00 | FA |
| Bank of the West xxx6967 Checking Account | | | | | |
| 2. US Bank xxx 0235 Savings | 18.00 | 0.00 | | 0.00 | FA |
| US Bank xxx 0235 Savings | | | | | |
| 3. US Bank xxx3275 Checking Account | 26.00 | 0.00 | | 0.00 | FA |
| US Bank xxx3275 Checking Account | | | | | |
| 4. 1 living room set (couch and love seat) value $50. | 350.00 | 0.00 | | 0.00 | FA |
| 1 living room set (couch and love seat) value $50.00; fifteen years old. 1 entertainment center value $25.00; 1 TV 19" color value $25.00 fifteen years old.1 bedroom set bed, dresser, chest drawer value $200.00 seven years old; miscellanous lamps and tables value $50.00. no appliance. Washer & Dryer value $100.00 Washer fifteen years old, Dryer three years old.; stero value $150.00 over 20 years old | | | | | |
| 5. Miscellanous clothing items $150.00. Most of cloth | 150.00 | 0.00 | | 0.00 | FA |
| Miscellanous clothing items $150.00. Most of cloths were purchased over 10 years old. | | | | | |
| 6. Term life insurance policy $150,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| Term life insurance policy $150,000.00 | | | | | |
| 7. 1999 Mercury Grand Marquis: mileage 70,500 2MEFM75 | 500.00 | 0.00 | | 0.00 | FA |
| 1999 Mercury Grand Marquis: mileage 70,500 2MEFM75W9XX730150. | | | | | |
| 8. CLASS ACTION SETTLEMENT FUNDS US BANK (u) | 0.00 | 7,000.00 | | 15,783.28 | FA |
| Proceeds From Law Suits in re US Bank 2nd Mortgage Class Action Suit | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,124.00 | $7,000.00 | $15,783.28 $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/01/2014          Current Projected Date of Final Report (TFR): 09/28/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-16004  
Case Name: Nami Jones  
Taxpayer ID No: XX-XXX6024  
For Period Ending: 09/28/2017  

Trustee Name: John C. Smiley  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX4877  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $47,027,358.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/13 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102nd StreetSuite 330Omaha, NE 68114 | Litigation Settlement Funds | 1249-000 | $5,376.03 | | $5,376.03 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,361.03 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,346.03 |
| 11/04/13 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102nd StreetSuite 330Omaha, NE 68114 | 2nd Installment Settlement Funds | 1249-000 | $2,628.99 | | $7,975.02 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,960.02 |
| 12/12/13 | 8 | THOMAS D STALNAKER TRUSTEE 1111 N 102nd StreetSuite 330Omaha NE 68114 | Installment Settlement Funds | 1249-000 | $1,477.59 | | $9,437.61 |
| 12/12/13 | 30002 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond Premium Payment Bond #016027974 | 2300-000 | | $9.31 | $9,428.30 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,413.30 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,398.30 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,383.30 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,368.30 |
| 04/21/14 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102ND STREET, SUITE 330OMAHA, NE 68114 | CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $680.98 | | $10,049.28 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $10,034.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $10,163.59  $129.31

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-16004 | Trustee Name: John C. Smiley |
| Case Name: Nami Jones | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4877 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6024 | Blanket Bond (per case limit): $47,027,358.00 |
| For Period Ending: 09/28/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/14 | 30003 | CLERK OF THE COURT United States Bankruptcy CourtDistrict of Colorado721 19th StreetDenver, CO 80202 | IFP Fee Waiver Granted 04.3.12 Per Ms. Gardner of US Bankruptcy Court - IFP Waiver must be paid because there were assets found Docket No 11 | 2700-000 | | $306.00 | $9,728.28 |
| 04/30/14 | 30004 | CLERK OF THE COURT United States Bankruptcy CourtDistrict of Colorado721 19th StreetDenver, CO 80202 | Fees to Reopen Case Fees to reopen bankruptcy case and assets found Docket No 21 Dated 04.05.2013 Docket No 21 Dated 04.05.2013 | 2700-000 | | $260.00 | $9,468.28 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,453.28 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,438.28 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,423.28 |
| 08/21/14 | 8 | TRUSTEE THOMAS D STALNAKER 1111 N 102nd Street Suite 330 Omaha, NE 68114 | INSTALLMENT OTHER INCOME INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $548.11 | | $9,971.39 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,956.39 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,941.39 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,926.39 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,911.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $548.11      $671.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-16004
Case Name: Nami Jones
Taxpayer ID No: XX-XXX6024
For Period Ending: 09/28/2017

Trustee Name: John C. Smiley
Bank Name: Union Bank
Account Number/CD#: XXXXXX4877
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $47,027,358.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/14 | 30005 | LTD. INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND | 2300-000 | | $9.97 | $9,901.42 |
| 12/11/14 | 8 | Nami Jones 954 N. Walnut St. Olathe, KS 66061 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS 1249 INSTALLMENT CLASS ACTION SETTLEMENT $529.23 | 1249-000 | $529.23 | | $10,430.65 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,415.65 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.23 | $10,400.42 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.48 | $10,384.94 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,369.94 |
| 03/31/15 | 8 | TRUSTEE THOMAS D STALNAKER 1111 N 102nd Street Suite 330 Omaha, NE 68114 | OTHER - SETTLEMENT FUNDS RECEIVED SETTLEMENT FUNDS OF $520.23 | 1249-000 | $520.23 | | $10,890.17 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.43 | $10,874.74 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.66 | $10,859.08 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.16 | $10,842.92 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.61 | $10,827.31 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)    Page Subtotals:    $1,049.46    $133.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-16004  
Case Name: Nami Jones  
Taxpayer ID No: XX-XXX6024  
For Period Ending: 09/28/2017  

Trustee Name: John C. Smiley  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX4877  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $47,027,358.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/15 | 8 | THOMAS D STALNAKER TRUSTEE<br>1111 N 102nd Street<br>Suite 330<br>Omaha, NE 68114 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS<br>INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS US BANK 2ND MORTGAGE LENDING PRACTICES | 1249-000 | $430.33 | | $11,257.64 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.11 | $11,241.53 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.36 | $11,225.17 |
| 09/25/15 | 30006 | DENNIS & COMPANY, PC<br>8400 E CRESCENT PARKWAY<br>SUITE 600<br>GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37<br>CPA FEES - $950.00<br>CPA EXP - $12.00 | | | $962.00 | $10,263.17 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37  ($950.00) | 3310-000 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37  ($12.00) | 3320-000 | | | |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.16 | $10,247.01 |
| 11/10/15 | 8 | THOMAS D STALNAKER<br>1111 N 102ND STREET<br>SUITE 330<br>OMAHA, NE 68114 | CLASS ACTION SETTLEMENT FUNDS US BANK<br>CLASS ACTION SETTLEMENT FUNDS FROM US BANK | 1249-000 | $456.81 | | $10,703.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  

Page Subtotals: $887.14   $1,010.63

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-16004 | Trustee Name: | John C. Smiley |
| Case Name: | Nami Jones | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX4877 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6024 | Blanket Bond (per case limit): | $47,027,358.00 |
| For Period Ending: | 09/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/15 | 30006 | DENNIS & COMPANY, PC<br>8400 E CRESCENT PARKWAY<br>SUITE 600<br>GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER<br>09.23.2015 DOCKET NO. 37<br>Reversal<br>VOID CHECK 30006 TO<br>DENNIS AND COMPANY FOR<br>$962 - THE ORDER SAID $952<br>- REGENERATE PAYMENT<br>TO DENNIS AND COMPANY<br>WITH CORRECTED AMOUNT | | | ($962.00) | $11,665.82 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER   $950.00<br>09.23.2015 DOCKET NO. 37 | 3310-000 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER   $12.00<br>09.23.2015 DOCKET NO. 37 | 3320-000 | | | |
| 11/17/15 | 30007 | DENNIS & COMPANY, PC<br>8400 E CRESCENT PARKWAY<br>SUITE 600<br>GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER<br>09.09.2015 DOCKET NO. 37<br>CPA FEES - $950.00<br>CPA EXP - $2.00 | | | $952.00 | $10,713.82 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER   ($950.00)<br>09.09.2015 DOCKET NO. 37 | 3310-000 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER   ($2.00)<br>09.09.2015 DOCKET NO. 37 | 3320-000 | | | |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.68 | $10,697.14 |
| 11/30/15 | 30008 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM<br>#016027974 12.01.2015 THRU<br>12.01.2016 | 2300-000 | | $5.49 | $10,691.65 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.35 | $10,675.30 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.89 | $10,659.41 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.82 | $10,643.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Page Subtotals: $0.00  $60.23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-16004 | Trustee Name: | John C. Smiley |
| Case Name: | Nami Jones | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX4877 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6024 | Blanket Bond (per case limit): | $47,027,358.00 |
| For Period Ending: | 09/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,628.59 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.77 | $10,612.82 |
| 04/26/16 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN PC PO BOX 26188 2500 CITY CHENTER SQUARE KANSAS CITY, MO 64105 | CLASS ACTION SETTLEMENT FUNDS US BANK CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $635.33 | | $11,248.15 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.36 | $11,232.79 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.67 | $11,216.12 |
| 07/19/16 | 8 | WALTERS BENDER STROHBEHN & VAUGHN 2500 CITY CENTER SQUARE KANSAS CITY MO 64105 | CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $866.99 | | $12,083.11 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.11 | $12,067.00 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.12 | $12,049.88 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.88 | $12,032.00 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.28 | $12,014.72 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.83 | $11,996.89 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:          $1,502.32          $149.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-16004 | Trustee Name: John C. Smiley |
| Case Name: Nami Jones | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4877 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6024 | Blanket Bond (per case limit): $47,027,358.00 |
| For Period Ending: 09/28/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.23 | $11,979.66 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.78 | $11,961.88 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.80 | $11,944.08 |
| 02/28/17 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN PC PO BOX 26188 2500 CITY CENTER SQUARE KANSAS CITY, MO 64105 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $783.93 | | $12,728.01 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.06 | $12,711.95 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.91 | $12,693.04 |
| 05/01/17 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN, PC PO BOX 26188 2500 CITY CENTER SQUARE KANSAS CITY, MO 64105 | CLASS ACTION SETTLEMENT FUNDS RECEIVED FROM WALTERS BENDER ET AL | 1249-000 | $848.73 | | $13,541.77 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.28 | $13,523.49 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.08 | $13,503.41 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.45 | $13,483.96 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.06 | $13,463.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*     Page Subtotals:     $1,632.66     $165.65

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,783.28 | $2,319.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,783.28 | $2,319.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,783.28 | $2,319.38 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4877 - Checking Account (Non-Interest Earn | $15,783.28 | $2,319.38 | $13,463.90 |
| | $15,783.28 | $2,319.38 | $13,463.90 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,783.28 |
| Total Gross Receipts: | $15,783.28 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-16004-EEB  
Debtor Name: Nami Jones  
Claims Bar Date: 10/15/2013  

Date: September 28, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | John C. Smiley<br>600 17th Street<br>Denver, CO  80202 | Administrative | | $0.00 | $1,284.25 | $1,284.25 |
| 100 2200 | John C. Smiley<br>600 17th Street<br>Denver, CO  80202 | Administrative | | $0.00 | $99.03 | $99.03 |
| 1 300 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured | | $1,700.00 | $1,622.00 | $1,622.00 |
| | Case Totals | | | $1,700.00 | $3,005.28 | $3,005.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: September 28, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16004
Case Name: Nami Jones
Trustee Name: John C. Smiley

| | | |
|---|---|---|
| Balance on hand | $ | 13,463.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John C. Smiley | $ 1,284.25 | $ 0.00 | $ 1,284.25 |
| Trustee Expenses: John C. Smiley | $ 99.03 | $ 0.00 | $ 99.03 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,383.28 |
| Remaining Balance | $ | 12,080.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,622.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL RECOVERY V, LLC | $ 1,622.00 | $ 0.00 | $ 1,622.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,622.00 |
| | Remaining Balance | | | $ 10,458.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 17.87 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,440.75 .