UNITED STATES BANKRUPTCY COURT
DISTRICT OF  COLORADO
DENVER  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Nami Jones | § | Case No. 1:12-16004-EEB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John C. Smiley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 124.00
*(Without deducting any secured claims)*

Assets Exempt: 1,000.00

Total Distributions to Claimants:  1,640.44

Claims Discharged
Without Payment:  148,792.27

Total Expenses of Administration:  3,702.73

3) Total gross receipts of $ 15,783.28  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,440.11  (see **Exhibit 2**), yielded net receipts of $ 5,343.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,702.73 | 3,702.73 | 3,702.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 150,492.27 | 1,622.00 | 1,622.00 | 1,640.44 |
| **TOTAL DISBURSEMENTS** | $ 150,492.27 | $ 5,324.73 | $ 5,324.73 | $ 5,343.17 |

4)  This case was originally filed under chapter 7 on  03/28/2012 .  The case was pending for 80 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/19/2018                          By:/s/John C. Smiley

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLASS ACTION SETTLEMENT FUNDS US BANK | 1249-000 | 15,783.28 |
| TOTAL GROSS RECEIPTS | | $ 15,783.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nami Jones | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 10,440.11 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 10,440.11 |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. Smiley | 2100-000 | NA | 1,284.32 | 1,284.32 | 1,284.32 |
| John C. Smiley | 2200-000 | NA | 99.03 | 99.03 | 99.03 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 5.49 | 5.49 | 5.49 |
| LTD. INTERNATIONAL SURETIES | 2300-000 | NA | 9.97 | 9.97 | 9.97 |
| Suite 420 701 Poydras Street New Orleans, LA 70139 | 2300-000 | NA | 9.31 | 9.31 | 9.31 |
| UNION BANK | 2600-000 | NA | 776.61 | 776.61 | 776.61 |
| United States Bankruptcy Court District of Colorado 721 19th Street Denver, CO 80202 | 2700-000 | NA | 566.00 | 566.00 | 566.00 |
| DENNIS & COMPANY, PC | 3310-000 | NA | 950.00 | 950.00 | 950.00 |
| DENNIS & COMPANY, PC | 3320-000 | NA | 2.00 | 2.00 | 2.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,702.73 | $ 3,702.73 | $ 3,702.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank P.O. Box 24696 Columbus, OH 43224 | | 22,464.48 | NA | NA | 0.00 |
| | GMAC Mortgage P.O.Box 4622 Waterloo, IA 50704 | | 73,938.00 | NA | NA | 0.00 |
| | HSBC Card Services P.O. Box 49352 San Jose, CA 95161 | | 282.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Mortgage Service P.O.Box 8873 Virgina Beach, VA 23450 | | 40,606.82 | NA | NA | 0.00 |
| | MB Investors, LLC 12649 East Caley Ave #118 Centennial, CO 80111 | | 10,000.00 | NA | NA | 0.00 |
| | Merrick Bank P.O. Box 171379 Salt Lake City, UT 84117 | | 1,500.00 | NA | NA | 0.00 |
| 1 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,700.00 | 1,622.00 | 1,622.00 | 1,622.00 |
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 18.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 150,492.27** | **$ 1,622.00** | **$ 1,622.00** | **$ 1,640.44** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-16004 | EEB | Judge: | Elizabeth E. Brown | | Trustee Name: | John C. Smiley |

| Case Name: | Nami Jones | | | | Date Filed (f) or Converted (c): | 03/28/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/01/2012 |
| For Period Ending: | 10/19/2018 | | | | Claims Bar Date: | 10/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Bank of the West xxx6967 Checking Account<br><br>Bank of the West xxx6967 Checking Account | 80.00 | 0.00 | | 0.00 | FA |
| 2.  US Bank xxx 0235 Savings<br><br>US Bank xxx 0235 Savings | 18.00 | 0.00 | | 0.00 | FA |
| 3.  US Bank xxx3275 Checking Account<br><br>US Bank xxx3275 Checking Account | 26.00 | 0.00 | | 0.00 | FA |
| 4.  1 living room set (couch and love seat) value $50.<br><br>1 living room set (couch and love seat) value $50.00; fifteen years old. 1 entertainment center value $25.00; 1 TV 19" color value $25.00 fifteen years old.1 bedroom set bed, dresser, chest drawer value $200.00 seven years old; miscellanous lamps and tables value $50.00. no appliance. Washer & Dryer value $100.00 Washer fifteen years old, Dryer three years old.; stero value $150.00 over 20 years old | 350.00 | 0.00 | | 0.00 | FA |
| 5.  Miscellanous clothing items $150.00. Most of cloth<br><br>Miscellanous clothing items $150.00. Most of cloths were purchased over 10 years old. | 150.00 | 0.00 | | 0.00 | FA |
| 6.  Term life insurance policy $150,000.00<br><br>Term life insurance policy $150,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 7.  1999 Mercury Grand Marquis: mileage 70,500 2MEFM75<br><br>1999 Mercury Grand Marquis: mileage 70,500 2MEFM75W9XX730150. | 500.00 | 0.00 | | 0.00 | FA |
| 8.  CLASS ACTION SETTLEMENT FUNDS US BANK (u)<br><br>Proceeds From Law Suits in re US Bank 2nd Mortgage Class Action Suit | 0.00 | 7,000.00 | | 15,783.28 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,124.00 | $7,000.00 | $15,783.28 | $0.00 |

Exhibit 8

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/01/2014          Current Projected Date of Final Report (TFR): 09/28/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No:  12-16004 | Trustee Name:  John C. Smiley |
| Case Name:  Nami Jones | Bank Name:  First National Bank - Vinita |
| | Account Number/CD#:  XXXXXX1022 |
| | Checking |
| Taxpayer ID No:  XX-XXX6024 | Blanket Bond (per case limit):  $48,430,796.00 |
| For Period Ending:  10/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/17 | | Transfer from Acct # xxxxxx4877 | Transfer of Funds | 9999-000 | $13,463.90 | | $13,463.90 |
| 12/01/17 | 1001 | John C. Smiley<br>600 17th Street<br>Denver, CO  80202 | Distribution | | | $1,383.35 | $12,080.55 |
| | | John C. Smiley | Final distribution representing a payment of 100.00 % per court order NOVEMBER 21, 2017 DOCKET NO. 47 | ($1,284.32)<br>2100-000 | | | |
| | | John C. Smiley | Final distribution representing a payment of 100.00 % per court order NOVEMBER 21, 2017 DOCKET NO. 47 | ($99.03)<br>2200-000 | | | |
| 12/01/17 | 1002 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | (1-1) CARECREDIT/GECRB | | | $1,640.44 | $10,440.11 |
| | | | | ($18.44)<br>7990-000 | | | |
| | | CAPITAL RECOVERY V, LLC | (1-1) CARECREDIT/GECRB | ($1,622.00)<br>7100-000 | | | |
| 12/01/17 | 1003 | Nami Jones<br>954 N. Walnut St.<br>Olathe, KS  66061 | Distribution of surplus funds to debtor. | 8200-001 | | $10,440.11 | $0.00 |
| 07/09/18 | 1003 | Nami Jones<br>954 N. Walnut St.<br>Olathe, KS  66061 | Distribution of surplus funds to debtor. Reversal | 8200-001 | | ($10,440.11) | $10,440.11 |
| 08/30/18 | 1004 | Clerk, U.S. Bankruptcy Court<br>721 19th Street<br>Denver, CO 80202 | Remit To Court | 8200-001 | | $10,440.11 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $13,463.90 | $13,463.90 |
| | Less: Bank Transfers/CD's | $13,463.90 | $0.00 |
| | Subtotal | $0.00 | $13,463.90 |
| | Less: Payments to Debtors | $0.00 | $10,440.11 |
| | Page Subtotals: | $13,463.90 | $13,463.90 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 2

Net $0.00 $3,023.79

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16004                                     Trustee Name: John C. Smiley                    Exhibit 9
Case Name: Nami Jones                                 Bank Name: Union Bank
                                                      Account Number/CD#: XXXXXX4877
                                                      Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX6024                            Blanket Bond (per case limit): $48,430,796.00
For Period Ending: 10/19/2018                         Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/13 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102nd StreetSuite 330Omaha, NE 68114 | Litigation Settlement Funds | 1249-000 | $5,376.03 | | $5,376.03 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,361.03 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,346.03 |
| 11/04/13 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102nd StreetSuite 330Omaha, NE 68114 | 2nd Installment Settlement Funds | 1249-000 | $2,628.99 | | $7,975.02 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,960.02 |
| 12/12/13 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102nd StreetSuite 330Omaha NE 68114 | Installment Settlement Funds | 1249-000 | $1,477.59 | | $9,437.61 |
| 12/12/13 | 30002 | INTERNATIONAL SURETIES, LTD Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond Premium Payment Bond #016027974 | 2300-000 | | $9.31 | $9,428.30 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,413.30 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,398.30 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,383.30 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,368.30 |
| 04/21/14 | 8 | THOMAS D STALNAKER, TRUSTEE 1111 N 102ND STREET, SUITE 330OMAHA, NE 68114 | CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $680.98 | | $10,049.28 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $10,034.28 |

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-16004
Case Name: Nami Jones

Taxpayer ID No: XX-XXX6024
For Period Ending: 10/19/2018

Trustee Name: John C. Smiley
Bank Name: Union Bank
Account Number/CD#: XXXXXX4877
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $48,430,796.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/14 | 30003 | CLERK OF THE COURT United States Bankruptcy CourtDistrict of Colorado721 19th StreetDenver, CO 80202 | IFP Fee Waiver Granted 04.3.12 Per Ms. Gardner of US Bankruptcy Court - IFP Waiver must be paid because there were assets found Docket No 11 | 2700-000 | | $306.00 | $9,728.28 |
| 04/30/14 | 30004 | CLERK OF THE COURT United States Bankruptcy CourtDistrict of Colorado721 19th StreetDenver, CO 80202 | Fees to Reopen Case Fees to reopen bankruptcy case and assets found Docket No 21 Dated 04.05.2013 Docket No 21 Dated 04.05.2013 | 2700-000 | | $260.00 | $9,468.28 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,453.28 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $9,438.28 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,423.28 |
| 08/21/14 | 8 | TRUSTEE THOMAS D STALNAKER 1111 N 102nd Street Suite 330 Omaha, NE  68114 | INSTALLMENT OTHER INCOME INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $548.11 | | $9,971.39 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,956.39 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,941.39 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,926.39 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,911.39 |

Page Subtotals:                    $548.11        $671.00

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-16004 | Trustee Name: John C. Smiley |
| Case Name: Nami Jones | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX4877 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX6024 | Blanket Bond (per case limit): $48,430,796.00 |
| For Period Ending: 10/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/14 | 30005 | LTD. INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BOND | 2300-000 | | $9.97 | $9,901.42 |
| 12/11/14 | 8 | Nami Jones 954 N. Walnut St. Olathe, KS 66061 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS 1249 INSTALLMENT CLASS ACTION SETTLEMENT $529.23 | 1249-000 | $529.23 | | $10,430.65 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,415.65 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.23 | $10,400.42 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.48 | $10,384.94 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,369.94 |
| 03/31/15 | 8 | TRUSTEE THOMAS D STALNAKER 1111 N 102nd Street Suite 330 Omaha, NE 68114 | OTHER - SETTLEMENT FUNDS RECEIVED SETTLEMENT FUNDS OF $520.23 | 1249-000 | $520.23 | | $10,890.17 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.43 | $10,874.74 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.66 | $10,859.08 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.16 | $10,842.92 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.61 | $10,827.31 |

| | | | Page Subtotals: | | $1,049.46 | $133.54 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16004

Case Name: Nami Jones

Taxpayer ID No: XX-XXX6024

For Period Ending: 10/19/2018

Trustee Name: John C. Smiley

Bank Name: Union Bank

Account Number/CD#: XXXXXX4877

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $48,430,796.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/15 | 8 | THOMAS D STALNAKER TRUSTEE 1111 N 102nd Street Suite 330 Omaha, NE 68114 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS US BANK 2ND MORTGAGE LENDING PRACTICES | 1249-000 | $430.33 | | $11,257.64 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.11 | $11,241.53 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.36 | $11,225.17 |
| 09/25/15 | 30006 | DENNIS & COMPANY, PC 8400 E CRESCENT PARKWAY SUITE 600 GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 CPA FEES - $950.00 CPA EXP - $12.00 | | | $962.00 | $10,263.17 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 ($950.00) | 3310-001 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 ($12.00) | 3320-001 | | | |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.16 | $10,247.01 |
| 11/10/15 | 8 | THOMAS D STALNAKER 1111 N 102ND STREET SUITE 330 OMAHA, NE 68114 | CLASS ACTION SETTLEMENT FUNDS US BANK CLASS ACTION SETTLEMENT FUNDS FROM US BANK | 1249-000 | $456.81 | | $10,703.82 |

Page Subtotals: $887.14    $1,010.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16004
Case Name: Nami Jones

Trustee Name: John C. Smiley
Bank Name: Union Bank
Account Number/CD#: XXXXXX4877
Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX6024
For Period Ending: 10/19/2018

Blanket Bond (per case limit): $48,430,796.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/15 | 30006 | DENNIS & COMPANY, PC 8400 E CRESCENT PARKWAY SUITE 600 GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 Reversal VOID CHECK 30006 TO DENNIS AND COMPANY FOR $962 - THE ORDER SAID $952 - REGENERATE PAYMENT TO DENNIS AND COMPANY WITH CORRECTED AMOUNT | | | ($962.00) | $11,665.82 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 $950.00 | 3310-000 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.23.2015 DOCKET NO. 37 $12.00 | 3320-000 | | | |
| 11/17/15 | 30007 | DENNIS & COMPANY, PC 8400 E CRESCENT PARKWAY SUITE 600 GREENWOOD VILLAGE, CO 80111 | PURSUANT TO ORDER 09.09.2015 DOCKET NO. 37 CPA FEES - $950.00 CPA EXP - $2.00 | | | $952.00 | $10,713.82 |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.09.2015 DOCKET NO. 37 ($950.00) | 3310-000 | | | |
| | | DENNIS & COMPANY, PC | PURSUANT TO ORDER 09.09.2015 DOCKET NO. 37 ($2.00) | 3320-000 | | | |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.68 | $10,697.14 |
| 11/30/15 | 30008 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM #016027974 12.01.2015 THRU 12.01.2016 | 2300-000 | | $5.49 | $10,691.65 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.35 | $10,675.30 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.89 | $10,659.41 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.82 | $10,643.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals: $0.00 $60.23

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-16004 | | | Trustee Name: John C. Smiley | | | Exhibit 9 |
| Case Name: Nami Jones | | | Bank Name: Union Bank | | | |
| | | | Account Number/CD#: XXXXXX4877 | | | |
| | | | Checking Account (Non-Interest Earn | | | |
| Taxpayer ID No: XX-XXX6024 | | | Blanket Bond (per case limit): $48,430,796.00 | | | |
| For Period Ending: 10/19/2018 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,628.59 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.77 | $10,612.82 |
| 04/26/16 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN PC PO BOX 26188 2500 CITY CHENTER SQUARE KANSAS CITY, MO 64105 | CLASS ACTION SETTLEMENT FUNDS US BANK CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $635.33 | | $11,248.15 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.36 | $11,232.79 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.67 | $11,216.12 |
| 07/19/16 | 8 | WALTERS BENDER STROHBEHN & VAUGHN 2500 CITY CENTER SQUARE KANSAS CITY MO 64105 | CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $866.99 | | $12,083.11 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.11 | $12,067.00 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.12 | $12,049.88 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.88 | $12,032.00 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.28 | $12,014.72 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.83 | $11,996.89 |

Page Subtotals: $1,502.32 $149.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-16004 | | Trustee Name: | John C. Smiley |
| Case Name: | Nami Jones | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX4877 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6024 | | Blanket Bond (per case limit): | $48,430,796.00 |
| For Period Ending: | 10/19/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.23 | $11,979.66 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.78 | $11,961.88 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.80 | $11,944.08 |
| 02/28/17 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN PC PO BOX 26188 2500 CITY CENTER SQUARE KANSAS CITY, MO 64105 | INSTALLMENT CLASS ACTION SETTLEMENT FUNDS INSTALLMENT FOR CLASS ACTION SETTLEMENT FUNDS | 1249-000 | $783.93 | | $12,728.01 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.06 | $12,711.95 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.91 | $12,693.04 |
| 05/01/17 | 8 | WALTERS BENDER STROHBEHN & VAUGHAN, PC PO BOX 26188 2500 CITY CENTER SQUARE KANSAS CITY, MO 64105 | CLASS ACTION SETTLEMENT FUNDS RECEIVED FROM WALTERS BENDER ET AL | 1249-000 | $848.73 | | $13,541.77 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.28 | $13,523.49 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.08 | $13,503.41 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.45 | $13,483.96 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.06 | $13,463.90 |

| Page Subtotals: | | | | $1,632.66 | $165.65 | |

Page: 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16004                                                                    Trustee Name:  John C. Smiley                    Exhibit 9
Case Name: Nami Jones                                                         Bank Name:  Union Bank
                                                                                            Account Number/CD#:  XXXXXX4877
                                                                                            Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX6024                                           Blanket Bond (per case limit): $48,430,796.00
For Period Ending: 10/19/2018                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/17 | | Transfer to Acct # xxxxxx1022 | Transfer of Funds | 9999-000 | | $13,463.90 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,783.28 | $15,783.28 |
| Less: Bank Transfers/CD's | $0.00 | $13,463.90 |
| Subtotal | $15,783.28 | $2,319.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,783.28 | $2,319.38 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*                    Page Subtotals:                    $0.00            $13,463.90

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1022 - Checking | $0.00 | $3,023.79 | $0.00 |
| XXXXXX4877 - Checking Account (Non-Interest Earn | $15,783.28 | $2,319.38 | $0.00 |
| | $15,783.28 | $5,343.17 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,783.28 |
| Total Gross Receipts: | $15,783.28 |

Page Subtotals:                                          $0.00          $0.00